## MISCELLANEOUS ORDERS

**2010-0360. In re Application of Carcione.**
On April 27, 2010, counsel for applicant filed a motion to seal and a motion for clarification. Upon consideration thereof,
It is ordered by the court that the motions are denied.

LUNDBERG STRATTON, J., would grant the motions.

O'DONNELL and CUPP, JJ., would grant the motion for clarification.

## CASE ANNOUNCEMENTS

*May 26, 2010*

[Cite as *05/26/2010 Case Announcements*, 2010-Ohio-2212.]

## MERIT DECISIONS WITHOUT OPINIONS

**2009-0669. In re Application of Duke Energy Ohio, Inc.**
Public Utilities Commission, Nos. 08–920–EL–SSO, 08–921–EL–AAM, 08–922–EL–UNC, and 08–923–EL–ATA. Sua sponte, this cause is dismissed for failure to present a justiciable case or controversy.

LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

BROWN, C.J., and PFEIFER, J., dissent.

**2010-0447. State ex rel. White v. Guzman.**
In Quo Warranto. On motions to dismiss. Motions to dismiss granted. Cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010-0452. State ex rel. Warren v. Huffman.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.